# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$30,800.00 IN U.S. CURRENCY,

    Defendant,

and

ERIK WHITE,

    Claimant.

Case No. 23-mc-_____

**STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS**

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture by 90 days, up to and including May 30, 2023.

1. On or about September 6, 2022, the Minneapolis/St. Paul International Airport Police ("APD") and members of the United States Drug Enforcement Administration ("DEA") seized $30,800.00 in U.S. Currency from the Claimant, Erik White.

2. The DEA commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the currency.

3. On November 28, 2022, Erik White filed a claim for the Defendant Currency through his attorney, Edward Johnson III.

4. The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until May 30, 2023 to allow time for investigation and settlement discussions.

Dated: February 22, 2023

ANDREW M. LUGER
United States Attorney
*/s/ Lucas B. Draisey*
BY: LUCAS B. DRAISEY
Assistant U.S. Attorney
Attorney ID No. 0401625
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
LDraisey@usa.doj.gov

Date: February 22, 2023

EDWARD JOHNSON & ASSOCIATES, P.C.
*s/ Edward Johnson*
Edward Johnson III
Attorney ID No.
1945 S. Halsted St. Ste. 309
Pilsen East Center
Chicago, IL 60608
Ofc: 708.606.4386
Fax: 708.526.9837

Attorney for Claimant Erik White